

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00058-CV

In the Interest of J.K.R. and H.L.R., children

On Appeal from the
329th District Court of Wharton County, Texas
Trial Court Cause No. FM48985

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and affirmed in part. The Court orders the judgment of the trial court REVERSED AND RENDERED IN PART and AFFIRMED IN PART. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 10, 2022